UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES SMITH, *et al.*,

      Plaintiffs,

v.                                      Case No. 8:15-cv-579-T-36AEP

THE VILLAGE CLUB, INC., *et al.*,

      Defendants.

_____/

## **ORDER**

This cause came before the Court for a hearing upon Plaintiff Dorothy Capezza's Motion to Compel (Doc. 65) and Defendants' response in opposition thereto (Doc. 74).  For the reasons articulated during the hearing, it is hereby

ORDERED:

1.  Plaintiff Dorothy Capezza's Motion to Compel (Doc. 65) is GRANTED IN PART AND DENIED IN PART as follows:

a.  With respect to the financial information sought in support of Plaintiff Dorothy Capezza's claim for punitive damages, the motion is denied without prejudice until such time as the Court rules upon Defendants' Second Motion for Partial Summary Judgment regarding the claims for punitive damages (Doc. 67).  If the Court denies the Second Motion for Partial Summary Judgment, Defendants must produce responsive documents within fourteen (14) days of the Court's Order.  If the Court grants the Second Motion for Partial Summary, Defendants shall not produce the requested documents.  If the Court has not ruled on the Second Motion for Partial Summary Judgment by July 19, 2016, Defendants are directed

to produce responsive documents at the Final Pretrial Conference currently scheduled for that date.

       b.  With respect to the documents Defendants intend to rely upon at trial in support of their defenses or to refute Plaintiff Dorothy Capazza's allegations, Defendants shall produce such documents within fourteen (14) days of the date of this Order, to the extent that they have not already done so.  In accordance with the Federal Rules of Civil Procedure, Defendants shall have a continuing obligation to supplement such production.

       c.  With respect to the outstanding Interrogatory requests, Defendants shall produce the following:

       i.  Within three (3) days of the date of this Order, the Interrogatory responses for Jim Rubert shall be produced.

       ii.  Within fourteen (14) days of the date of this Order, the Interrogatory responses for John Berndt shall be executed and produced.

       iii.  Within twenty-one (21) days of the date of this Order, Defendants shall endeavor to resolve the outstanding issues with respect to the Interrogatory responses for Mickie Crittenden.  At the expiration of the twenty-one days, Defendants shall either produce the Interrogatory responses for Mickie Crittenden or confer with opposing counsel regarding any remaining issues with respect to the Interrogatory responses for Mickie Crittenden.  To the extent that the parties cannot resolve such issues, the parties are directed to contact the undersigned's chambers at 813-301-5541 to schedule a telephonic hearing on the matter.

DONE AND ORDERED in Tampa, Florida, on this 21st day of April, 2016.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record